**Order entered July 21, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00875-CV

### IN RE VSDH VAQUERO VENTURE, LTD., Relator

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-09-05232-A**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of

mandamus. We **ORDER** relator to bear the costs of this original proceeding.


       /s/     MOLLY FRANCIS
             JUSTICE